SEVERIN A. CARLSON
Nevada Bar No. 9373
Kaempfer Crowell
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: scarlson@kcnvlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J. BRETT TIBBITTS, an individual, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS COUNTY, a political subdivision of the State of Nevada; *et al.*, <br><br> Defendants. | Case No. 3:16-cv-00296-MMD-CBC <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFF DIANE MCCALL'S CLAIMS WITH PREJUDICE** |

Plaintiff DIANE MCCALL, by and through her counsel of record, Kaempfer Crowell, and Defendant DOUGLAS COUNTY, a political subdivision of the State of Nevada, by and through its counsel of record, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, hereby stipulate and agree to dismiss Plaintiff Diane McCall's claims with prejudice.

Plaintiff Diane McCall is deceased, and her surviving heirs have decided not to pursue this litigation in her name. Plaintiff John McCall, her husband, chooses to remain an active party to this litigation and is a party to the underlying settlement reached by the Parties. Further, he has executed the Parties' settlement agreement, as set forth in the Joint Status Report, filed

. . . . . .

concurrently with this Stipulation.

Respectfully submitted,

DATED this 4th day of September, 2018.  DATED this 4th day of September, 2018.

KAEMPFER CROWELL

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By: /s/ Severin A. Carlson
SEVERIN A. CARLSON (NSB 9373)
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
**Attorneys for Plaintiffs**

By: /s/ Charles L. Burcham
CHARLES L. BURCHAM (NSB 2673)
6590 S. McCarran Boulevard, Suite B
Reno, Nevada 89509
**Attorneys for Defendant**

**ORDER**

**IT IS SO ORDERED.**

DATED: September 4, 2018, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE