UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

J. BRETT TIBBITTS, an individual, *et al.,*

           Plaintiffs,

vs.

DOUGLAS COUNTY, a political subdivision of the State of Nevada, et al.

           Defendants,

and

DANIEL OLDANI, an individual, et al.,

           Intervenors.

Case No.      3:16-cv-00296-MMD-CBC

**ORDER RE:**
Stipulation for Dismissal with Prejudice

      COMES NOW Plaintiffs J. BRETT TIBBITTS, et al., by and through their counsel of record, Kaempfer Crowell; Defendant DOUGLAS COUNTY, by and through its counsel of record, Thorndal Armstrong Delk Balkenbush & Eisinger; and Intervenors DANIEL OLDANI, et al., by and through their counsel of record, Taggart & Taggart, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed

///

///

///

///

with prejudice in its entirety, and each party to bear their own costs and attorney's fees. The lawsuit is being dismissed due to all requirements and aspects of the Settlement Agreement having been satisfied and achieved.

Dated this 25th day of July, 2019.

KAEMPFER CROWELL

By: _/s/ Severin Carlson_____
SEVERIN A. CARLSON (NSB 9373)
50 West Liberty Street, Suite 700
Reno, Nevada 89501
**Attorneys for Plaintiffs**

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By: _/s/ Charles Burcham_____
CHARLES L. BURCHAM (NSB 2673)
6590 S. McCarran Boulevard, Suite B
Reno, Nevada 89509
**Attorneys for Defendant**

TAGGART & TAGGART, LTD.

By: _/s/ Timothy O'Connor_____
PAUL G. TAGGART (NSB 6136)
TIMOTHY D. O'CONNOR
108 North Minnesota Street
Carson City, Nevada 89703
**Attorneys for Intervenors**

## ORDER

IT IS SO ORDERED this 26th day of ___July_____, 2019.

_____
UNITED STATES DISTRICT JUDGE